```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF NEW YORK
```

IN RE:                                    Case No.: 10-11569
    JASON PERMENTER                   Chapter 13
    27 SNYDER AVE                     HEARING DATE: Jun 24, 2010
    KINGSTON NY 12401

---

**TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

---

Andrea E.Celli, Chapter 13 Standing Trustee for the Northern District of New York (the "Trustee") states the following as and for her objection to confirmation of the Chapter 13 Plan. The Debtor(s) filed the petition for relief on Apr 27, 2010.

The Proposed Plan is as follows:

    $352.00 X 60 MOS, MIN 20% TO UNSEC

The Trusee objects to the confirmation of the proposed plan on the following grounds:

The Trustee has determined that the debtor'(s)' income is above the State Median Income.

  X  DISPOSABLE INCOME: The Debtor(s) has/have failed to provide for the submission of all disposable income, pursuant to 11 U.S.C. Section 1325(b)(1)(B).
      -NEED INFO

  X  INFORMATION NEEDED: The Trustee cannot determine if all provisions of 11 U.S.C. Section 1325 have been met and requests additional information to assist in her determination, as follows:
      -CMI DOCS AND ATTY ANALYSIS - JOB - HOME DEPOT - RENTAL DUPLEX - RES DUPLEX - $300/MO
      -RETIREMENT LOAN, BALANCE AND MATURITY DATE
      -INFO RE: CMI/2ND JOB @ HOME DEPOT

**WHEREFORE,** the Trustee respectfully requests that this Court issue an Order denying confirmation of the plan or briefly adjourning the hearing on confirmation to allow the movant to resolve the objection contained herein.

Dated: June 17, 2010

                                            /S/ ANDREA E. CELLI
                                            Andrea E. Celli, Chapter 13 Trustee
                                            7 Southwoods Blvd.
                                            Albany, New York  12211

---
**CERTIFICATE OF MAILING**
---

The undersigned hereby certifies that a copy of this objection was mailed this date to the parties noted below:

Dated: June 17, 2010          Signed: /s/ BONNIE DUELL

Debtor(s) above

Attorney: RICHARD CROAK & ASSOC.
          314 GREAT OAKS BLVD
          ALBANY, NY 12203



Sworn to me on this the 17th day of June, 2010.

/s/ Sandra Spring
Notary Public  State of New York
SANDRA SPRING, NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN RENNSSELAER COUNTY #4955344
COMMISSION EXPIRES AUGUST 28, 2013